JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JODY HEFLIN

**FILED**
DISTRICT COURT OF GUAM
DEC - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00029 |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT; CONSENT TO |
| | ) | ARRAIGNMENT, CHANGE OF PLEA |
| vs. | ) | AND SENTENCING IN DEFENDANT'S |
| | ) | ABSENCE |
| JODY HEFLIN, | ) | |
| | ) | |
| Defendant. | ) | |

I, JODY HEFLIN, state under penalty that:

1. Pursuant to Rule 43 (b)(2) of the Federal Rules of Criminal Procedure, I consent to Richard P. Arens, Assistant Federal Public Defender, representing me at the arraignment, change of plea hearing and sentencing in my absence.

2. I have thoroughly reviewed the information and plea agreement in the above-referenced case and have discussed both documents in detail with Mr. Arens.

3. I further state that I am of sound mind and fully understand each and every

ORIGINAL

provision of the plea agreement.

4. Specifically, I am aware of the minimum and maximum sentence available for the stated offense of Reckless Driving, and I voluntarily waive each and every right contained in paragraphs 7 and 8 of the plea agreement.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: November 26, 2006

JODY HERLIN
Defendant

SUBSCRIBED AND SWORN before me this 27th day of November, 2006.

Notary Public

My Commission Expires:

May 19, 2010



JOSH EVANS
COMM. # 1668209
NOTARY PUBLIC - CALIFORNIA
KERN COUNTY
COMM. EXPIRES MAY 19, 2010

2