# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-06-00029　　　　　　　　　　DATE: December 07, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:41:29 - 1:49:26
CSO: B. Pereda

**APPEARANCES:**

Defendant: Jody Heflin - presence waived　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Information and Plea**
- Defendant waived her presence and consented to representation by her attorney for arraignment, plea and sentencing.
- The Court appointed the Federal Public Defender to represent the defendant.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: March 27, 2007 at 9:30 a.m.
- Presentence Report due to the parties: January 30, 2007
- Presentence Report due to the Court: March 9, 2007

NOTES:

Defense counsel advised the Court that his client is aware of the $10.00 Special Assessment Fee.