ORIGINAL

jodyheflinpsr

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JODY HEFLIN,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 06-00029<br><br>**GOVERNMENT'S ADOPTION<br>OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant, however, the government does submit the following objection:

Title 16, Guam Code Annotated, Section 9107 is a Petty Misdemeanor as defined in Title 9, Guam Code Annotated, Section 80.34, which is the functional equivalent of a Class B Misdemeanor under the Federal statutory regime.

Respectfully submitted this ____ day of February 2007.

　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　United States Attorney
　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　By: _____
　　　　　　　　　　　RYAN M. ANDERSON
　　　　　　　　　　　Special Assistant U.S. Attorney

Case 1:06-mj-00029　　Document 6　　Filed 02/06/2007　　Page 1 of 1