**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: MJ-06-00029 DATE: March 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore Electronically Recorded: 9:36:42 - 9:42:43
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jody Heflin Attorney: Richard Arens
DEFENDANT NOT PRESENT ☒ Present ☐ Retained ☒ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson U.S. Agent:
U.S. Probation: Carleen Borja U.S. Marshal: V. Roman
Interpreter: Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $250.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: