**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00029-001 |
| Plaintiff, | ) ) ) | **TRANSFER OF JURISDICTION** |
| vs. | ) ) ) | |
| JODY LYNN HEFLIN, | ) ) | |
| Defendant. | ) ) | |

     Jody Lynn Heflin was sentenced (in absentia) on March 27, 2007 by Your Honor for the offense of Reckless Driving, in violation of Title 16, Guam Code Annotated, Section 9107 and 18 U.S.C. § 7(3) and (13). She received a sentence of one year probation with conditions to include that she pay a $10 special assessment fee; pay a $250 fine; not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter (suspended); not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; refrain from the use of all alcoholic beverages; and participate in a program approved by the U.S. Probation Office for substance abuse, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall also bear all costs for the intake, assessment, and treatment as contained in her plea agreement. Ms. Heflin's term of probation commenced on March 27, 2007.

     On April 11, 2007, this Officer sent a pre-transfer investigation request to the Northern District of California because Ms. Heflin had relocated from Bakersfield, California, to San Jose, California, for employment opportunities. On May 9, 2007, this Officer received a response approving Ms. Heflin's transfer of supervision. In addition, the Northern District of California Probation Office is requesting that the jurisdiction of the case be transferred to the U.S. District Court, Northern District of California.

Transfer of Jurisdiction
Re:   HEFLIN, Jody Lynn
USDC MJ Cs. No. 06-00029-001
May 17, 2007
Page 2

     It is therefore, respectfully recommended that the jurisdiction of this case be transferred to the U.S. District Court, Northern District of California.

                                   Respectfully submitted,

                                   FRANK MICHAEL CRUZ
                                   Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
                    U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
   Supervision Unit Leader

cc:   File