# TRANSFER OF JURISDICTION

**CR 07 00423**

| ⨀PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | MJ 06-00029-001 |
| | | DOCKET NUMBER (Rec. Court) |

E-FILING

FILED

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jody Heflin<br>c/o USPO Janie Zhuang<br>Northern District of California<br>U.S. Courthouse & Federal Bldg<br>280 S. First Street, Suite #106<br>San Jose, CA 95113-3003 | GUAM | |

07 JUL -3 PM 3

RICHARD B. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

NAME OF SENTENCING JUDGE
Honorable Joaquin V.E. Manibusan, Jr.,
Magistrate Judge

| FROM | TO |
|---|---|
| March 27, 2007 | March 26, 2008 |

**OFFENSE**

Reckless Driving, in violation of 16 G.C.A. 9107 & 18 U.S.C. § 7(3) and 13.

FILED
DISTRICT COURT OF GUAM
JUL 16 2007
MARY L.M. MORAN
CLERK OF COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **GUAM**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 29, 2007
Date

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR **NORTHERN** DISTRICT **CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/26/07
Effective Date

Ronald M. Whyte
United States District Judge

Case 1:06-mj-00029   Document 14   Filed 07/16/2007   Page 1 of 1