# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

July 17, 2007

Mr. Richard W. Wieking
Clerk
United States District Court
Phillip Burton United States
  Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:    Our Magistrate Case Nr. 06-00029
       Your Criminal Case Nr. 07-00423 RS
       U.S.A. - vs - Jody Heflin

Dear Mr. Wieking:

Our Court is in receipt of from PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1.    Information, filed December 4, 2006
2.    Plea Agreement, filed December 4, 2006
3.    Minute Entry - Initial Appearance re Information and Plea, filed December 7, 2006
4.    Minute Entry - Sentencing, filed March 27, 2007
5.    Judgment, filed March 30, 2007
6.    Transfer of Jurisdiction and Order, filed July 16, 2007
7.    Docket Sheet

Please acknowledge receipt of the enclosed copy of this letter.  Thank you.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosures
cc:    U.S. Attorney's Office, Guam (w/o encl)
cc:    U.S. Probation Office, Guam (w/o encl)